```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEON ROBINSON,                                  :
                                                :
                    Plaintiff,                  :
            -against-                           :     1:20-cv-00503-GHW
                                                :
FU WING GARDEN INC. AND SUN CAPITAL             :     ORDER
CORP.,                                          :
                                                :
                    Defendant.                  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 23, 2020.  Dkt. No. 5.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 29, 2020 at 12:00 p.m.  The initial pretrial conference scheduled for April 30, 2020 will be held via conference call.  The parties are directed to the Court's Emergency Rules related to the COVID-19 pandemic, which are available on the Court's website, for dial-in numbers for the conference and other relevant information.

SO ORDERED.

Dated:  April 27, 2020
                                                _____
                                                        GREGORY H. WOODS
                                                     United States District Judge