USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/20

LAW OFFICE OF
**DONALD J. WEISS**
830 LONG ISLAND AVENUE
DEER PARK, NEW YORK 11729
212-967-4440
DJWLAW@MINDSPRING.COM

April 27, 2020

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street Rm. 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   Robinson v. Fu Wing Garden Inc. et al; Case no. 20-cv-503

Dear Judge Woods:

An initial conference is scheduled for April 30, 2020. To date, neither defendant has appeared in the action. As a result of the pandemic, it is unknown when the disabled plaintiff will have an intent to return to the subject business, a requirement for a *prima facie* cause of action under the ADA.

In view of the foregoing, I respectfully request an adjournment of at least 60 days. There have been no prior requests for adjournment. I propose reschedule dates of June 30, July 6 or 7.

Thank you for your time and attention herein.

Very truly yours,

*Donald J. Weiss*

Donald J. Weiss

---

Application granted. The initial pretrial conference scheduled for April 30, 2020 is adjourned to June 30, 2020 at 3:00 p.m. The joint letter described in the Court's January 21, 2020 order, Dkt. No. 5, is due no later than June 23, 2020.

SO ORDERED.

Dated: April 27, 2020

_____
GREGORY H. WOODS
United States District Judge